and disbursements, and motion denied, with ten dollars costs. (See *Adams* v. *U. S. Fidelity & Guaranty Company*, 239 App. Div. 525; affd., 264 N. Y. 550, and *Gilmore* v. *Equitable Surety Co.*, 228 App. Div. 188.) Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MARYLAND CASUALTY COMPANY, Appellant, v. JARCHO BROTHERS, INC., Respondent.— Order affirmed, with twenty dollars costs and disbursements. There are issues of fact which require a trial. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

HERMINA VANDEWEGHE, Respondent, v. THE CITY OF NEW YORK, Appellant.— Judgment and order affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ. [150 Misc. 815.]

LEO EDWARD, Appellant, v. PITTSBURGH PLATE GLASS COMPANY, Respondent, Impleaded with Another.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. BETTY COAN, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

CORNELL MILLS, INCORPORATED, Respondent, v. WERTHY FABRIC CO., INC., and Others, Appellants.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

WILLIAM C. VOEHL and Others, Appellants, v. TITLE GUARANTEE AND TRUST COMPANY, Respondent.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

ARTHUR BERENSON and LAWRENCE BERENSON, Respondents, v. WILLIAM H. CHOROSH and Another, Defendants, Impleaded with SAMUEL D. LEIDESDORF, Appellant.— Order affirmed, with twenty dollars costs and disbursements. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

In the Matter of ROBERT A. FARENTHOLD, Deceased.— Decree affirmed, with costs to the respondent payable out of the estate. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAXWELL M. WALLACH, Appellant, v. TOWNSEND MORGAN, Respondent, Impleaded with Others.— Order affirmed, with twenty dollars costs and disbursements, and the appellant's brief stricken from the files of this court. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

MAXWELL M. WALLACH, Appellant, v. TOWNSEND MORGAN and Others, Defendants, Impleaded with JACOB MARKS, Respondent.— Order affirmed, with twenty dollars costs and disbursements, and the appellant's brief stricken from the files of this court. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. ADOLPH BLATTNER, Appellant.— Judgment affirmed. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.

JAMES J. SNELL, Appellant, v. THE CITY OF NEW YORK, Respondent.— Judgment affirmed, with costs. No opinion. Present — Finch, P. J., Martin, O'Malley, Townley and Glennon, JJ.; O'Malley and Townley, JJ., dissent and vote to reverse and grant a new trial on the ground that an issue of fact was involved which should have been submitted to the jury.